UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAY G. BASHAM, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 10-cv-161-JPG |
| ASTRAZENECA PHARMACEUTICALS LP, *et al.*, | ) |
|       Defendants. | ) |

## JUDGMENT

This matter having come before the Court, Plaintiff Clay Basham having filed a notice of voluntary dismissal as to some Defendants, and the Court having granted Basham's motion for voluntary dismissal as to the other Defendants,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                          **NANCY J. ROSENSTENGEL**

                                                          **By:s/Deborah Agans, Deputy Clerk**

**Dated: August 26, 2010**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**